IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD ROBERSON,<br><br>      Plaintiff,<br><br>v.<br><br>JESSICA HUFFMAN, ZACKARY CONNOR, ETHAN KEMPFER, QUINTIN BENT, JOHN DOE SERGEANT, OFFICER FEDERKING, JOHN DOE LIEUTENANT, and ANTHONY WILLS,<br><br>      Defendants. | Case No. 24-cv-1751-NJR |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

      Plaintiff Edward Roberson, an inmate of the Illinois Department of Corrections who is currently incarcerated at Lawrence Correctional Center, brings this action pursuant to 42 U.S.C. § 1983 for deprivations of his constitutional rights while at Menard Correctional Center. After a review of the Complaint pursuant to 28 U.S.C. §1915A, Roberson was allowed to proceed on several claims, including a retaliation claim against Jessica Huffman (Doc. 19, pp. 7-8).

      On May 30, 2025, a request for waiver of service was sent to Huffman (Doc. 20). On June 25, 2025, a second waiver of service was sent to Huffman (Doc. 23). On July 23, 2025, Huffman returned the waiver of service and her Answer was due August 25, 2025 (Doc. 28). As of this date, Huffman has neither filed an Answer nor sought additional time to do so.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Jessica Huffman in accordance with Federal Rule of Civil Procedure 55(a).

(2) Roberson is **ORDERED** to move for default judgment against Defendant Huffman on or before **October 29, 2025**, in accordance with Federal Rule of Civil Procedure 55(b).

(3) If Roberson fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Huffman for failure to prosecute and/or failure to comply with an order of the Court.

The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Roberson and Defendant Huffman.

**IT IS SO ORDERED.**

DATED:  September 30, 2025

*s/ Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**